Richard H. Klapper (*pro hac vice* forthcoming)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3555
Facsimile: (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Gilbert R. Serota (SBN 75305)
(gilbert.serota@apks.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, Suite 10
San Francisco, California 94111
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

*Counsel for Nominal Defendant*
*Wells Fargo & Company*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. A. FEUER, derivatively on behalf of WELLS FARGO & COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN D. BAKER, II, et al.<br><br>　　　　　　　　Defendants,<br><br>　　- and -<br><br>WELLS FARGO & COMPANY,<br><br>　　　　　　　　Nominal Defendant. | Case No. 3:18-cv-02866-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING SCHEDULE FOR BRIEFING ISSUE OF DEMAND REFUSAL**<br><br>The Honorable Jon S. Tigar |

WHEREAS, Plaintiff Feuer ("Plaintiff") filed the Verified Derivative Complaint on May 16, 2018;

WHEREAS, Plaintiff filed the Amended Complaint on June 20, 2018;

WHEREAS, Defendants have been served with, or have agreed to waive service of, the Amended Complaint;

WHEREAS, Plaintiff inadvertently omitted Lloyd Dean and Elizabeth Duke (named as Individual Defendants in Plaintiff's initial complaint) from the caption of the Amended Complaint and clarify that Mr. Dean and Ms. Duke remain Individual Defendants;

WHEREAS, counsel for the parties have conferred and agreed, subject to the Court's approval, that (a) briefing on motions to dismiss the Amended Complaint shall be bifurcated, such that Wells Fargo's motion to dismiss on the issue of demand refusal will be briefed and decided first, to be followed, if necessary, by other Defendants' motions to dismiss on Fed. R. Civ. P. 12(b)(6) grounds; and (b) Wells Fargo's deadline for moving to dismiss the Amended Complaint for failure to plead wrongful refusal of demand shall be September 7, 2018, with Plaintiff's opposition brief due on October 8, 2018, and Wells Fargo's reply brief due on October 29, 2018.[1]

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties, by and through their counsel, that (a) briefing on motions to dismiss the Amended Complaint shall be bifurcated such that Wells Fargo's motion to dismiss on the issue of demand refusal shall be briefed and decided first, followed by the other Defendants' motions to dismiss on 12(b)(6) grounds (if necessary); and (b) the following briefing schedule for Wells Fargo's motion shall be in effect:

- Filing deadline for Wells Fargo's motion to dismiss: September 7, 2018

---

[1] On June 13, 2018, the Court related the instant case to *In re Wells Fargo & Company Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-05541-JST. Lead Plaintiffs in *In re Wells Fargo & Company Shareholder Derivative Litigation* have indicated that they intend to move to consolidate these two actions to the extent that Lead Plaintiffs believe that the Amended Complaint includes claims currently at issue in *In re Wells Fargo & Company Shareholder Derivative Litigation*. This stipulation is entered into subject to further discussion among the parties and potential motion practice concerning consolidation and/or clarification concerning the portions of the Amended Complaint that Plaintiff Feuer or the Court deems operative for purposes of motions to dismiss.

- Filing deadline for Plaintiff's opposition to Wells Fargo's motion to dismiss: October 8, 2018
- Filing deadline for Wells Fargo's reply to Plaintiff's opposition: October 29, 2018.

Dated: July 24, 2018

WOLF HALDENSTEIN ADLER FREEMAN & HERTZ LLP

By: */s/* Betsy Carol Manifold

Betsy Carol Manifold
(manifold@whafh.com)
WOLF HALDENSTEIN ADLER FREEMAN & HERTZ LLP
Symphony Towers
750 B. Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Fax: (619) 234-4599

Richard D. Greenfield
Marguerite R. Goodman
Ann M. Caldwell
Ilene F. Brookler (SBN 269422)
(whitehatrdg@earthlink.net)
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (917) 495-4446

*Attorneys for Plaintiff Feuer*

Dated: July 24, 2018

SULLIVAN & CROMWELL LLP

By: */s/* Brendan P. Cullen

Richard H. Klapper (*pro hac vice* forthcoming)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3555
Facsimile: (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Christopher M. Viapiano (*pro hac vice* forthcoming)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:    (202) 956-6985
Facsimile:    (202) 956-7056

Gilbert R. Serota (SBN 75305)
(gilbert.serota@apks.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, Suite 10
San Francisco, California 94111
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

*Counsel for Nominal Defendant
Wells Fargo & Company*

Dated: July 24, 2018   GOODWIN PROCTER LLP

By:   */s/* Grant P. Fondo

Grant P. Fondo
(gfondo@goodwinlaw.com)
Lloyd Winawer
(lwinawer@goodwinlaw.com)
Nicholas A. Reider
(nreider@goodwinlaw.com)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

Richard M. Strassberg (*pro hac vice*)
(rstrassberg@goodwinlaw.com)
Daniel P. Roeser (*pro hac vice*)
(droeser@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

*Attorneys for Defendant John G. Stumpf*

| | | |
|---|---|---|
| 1 | Dated: July 24, 2018 | CLARENCE DYER & COHEN LLP |
| 2 | | By: */s/* Nanci L. Clarence |
| 3 | | Nanci L. Clarence (nclarence@clarencedyer.com) |
| 4 | | Josh A. Cohen (jcohen@clarencedyer.com) |
| 5 | | CLARENCE DYER & COHEN LLP 899 Ellis Street |
| 6 | | San Francisco, CA 94109 Telephone: (415) 749-1800 |
| 7 | | Facsimile: (415) 749-1694 |
| 8 | | *Attorneys for Defendant Timothy J. Sloan* |
| 9 | Dated: July 24, 2018 | RAMSEY & EHRLICH LLP |
| 10 | | By: */s/* Ismail Ramsey |
| 11 | | Miles Ehrlich (miles@ramsey-ehrlich.com) |
| 12 | | Ismail Ramsey (izzy@ramsey-ehrlich.com) |
| 13 | | RAMSEY & EHRLICH LLP 803 Hearst Avenue |
| 14 | | Berkeley, CA 94710 Telephone: (510) 548-3600 |
| 15 | | Facsimile: (510) 291-3060 |
| 16 | | *Attorneys for Defendants John R. Shrewsberry and Franklin Codel* |
| 17 | | |
| 18 | Dated: July 24, 2018 | WILLIAMS & CONNOLLY LLP |
| 19 | | By: */s/* Enu A. Mainigi |
| 20 | | Enu A. Mainigi (*pro hac vice*) (emainigi@wc.com) |
| 21 | | WILLIAMS & CONNOLLY LLP 725 Twelfth Street, N.W. |
| 22 | | Washington D.C. 20005 Telephone: (202) 434-5000 |
| 23 | | Facsimile: (202) 434-5029 |
| 24 | | *Attorneys for Defendant Carrie Tolstedt* |

| | | |
|---|---|---|
| Dated: July 24, 2018 | | COVINGTON & BURLING LLP |

By:   */s/* Daniel Shallman_____

Daniel Shallman
(dshallman@cov.com)
Mónica R. Almadani
(mralmadani@cov.com)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800

*Attorneys for Defendant Dawn Martin Harp*

Dated: July 24, 2018                    FARELLA, BRAUN + MARTEL LLP

By:   */s/* C. Brandon Wisoff_____

C. Brandon Wisoff
(bwisoff@fbm.com)
Douglas R. Young
(dyoung@fbm.com)
FARELLA, BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant Avid Modjtabai*

Dated: July 24, 2018                    ARGUEDAS, CASSMAN & HEADLEY, LLP

By:   */s/* Ted W. Cassman                              

Cristina C. Arguedas (Bar No. 87787)
arguedas@achlaw.com
Ted W. Cassman (Bar No. 98932)
cassman@achlaw.com
Laurel L. Headley (Bar No. 152306)
headley@achlaw.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000 (Tel)
(510) 845-3003 (Fax)

*Attorneys for Defendant Michael Loughlin*

| | | |
|---|---|---|
| Dated: July 24, 2018 | | SHEARMAN & STERLING LLP |
| | | By: */s/* John F. Cove, Jr. |

John F. Cove, Jr.
john.cove@shearman.com
Emily V. Griffen
egriffen@shearman.com
Alethea M. Sargent
(alethea.sargent@shearman.com)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Celeste A. Clark, Theodore F. Craver, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Maria R. Morris, Federico F. Peña, Karen B. Peetz, Juan A. Pujadas, James H. Quigley, Judith M. Runstad, Stephen W. Sanger, Ronald L. Sargent, Susan G. Swenson and Suzanne M. Vautrinot*

## **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Brendan P. Cullen, in compliance with Civil L.R. 5-1(i)(3), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: July 24, 2018              /s/ Brendan P. Cullen

## ORDER

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: July 26, 2018

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE