QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Michael Carlinsky (*pro hac vice* forthcoming)
michaelcarlinsky@quinnemanuel.com
Jane M. Byrne (*pro hac vice* forthcoming)
janebyrne@quinnemanuel.com
Corey Worcester (*pro hac vice* forthcoming)
coreyworcester@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

Robert P. Vance, Jr. (Bar No. 310879)
bobbyvance@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants National General Insurance Company and National General Holdings Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R. A. FEUER, derivatively on behalf of WELLS FARGO & COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN D. BAKER, II, *et al.*<br><br>Defendants,<br><br>- and –<br><br>WELLS FARGO & COMPANY,<br><br>Nominal Defendant. | Case No. 3:18-cv-02866-JST<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING SCHEDULE FOR BRIEFING ISSUE OF DEMAND REFUSAL**<br><br>Hon. Jon S. Tigar |

|   |   |
|---|---|
| 1 | The Parties in the above-captioned litigation, by and through their undersigned counsel of |
| 2 | record, hereby stipulate and agree as follows: |
| 3 | WHEREAS, Plaintiff Feuer ("Plaintiff") filed the Verified Derivative Complaint on May |
| 4 | 16, 2018; |
| 5 | WHEREAS, Plaintiff filed the Amended Complaint on June 20, 2018; |
| 6 | WHEREAS, Defendants National General Insurance Company and National General |
| 7 | Holdings Corp. ("National General") agreed to waive service of the Amended Complaint; |
| 8 | WHEREAS, counsel for the parties have conferred and agreed, subject to the Court's |
| 9 | approval that (a) briefing on motions to dismiss the Amended Complaint shall be bifurcated, such |
| 10 | that National General's motion to dismiss on the issue of demand refusal will be briefed and |
| 11 | decided first, to be followed, if necessary, by National General's motion to dismiss on Fed. R. Civ. |
| 12 | P. 12(b)(6) grounds; and (b) National General's deadline for moving to dismiss the Amended |
| 13 | Complaint for failure to plead wrongful refusal of demand shall be September 7, 2018, with |
| 14 | Plaintiff's opposition brief due on October 8, 2018 and National General's reply brief due on |
| 15 | October 29, 2018. |
| 16 | WHEREAS, on July 26, 2018 the Court ordered that Wells Fargo's briefing schedule |
| 17 | comply with the same bifurcated schedule set forth above (Dkt. 30); |
| 18 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the |
| 19 | parties, by and through their counsel, that (a) briefing on motions to dismiss the Amended |
| 20 | Complaint shall be bifurcated such that National General's motion to dismiss on the issue of |
| 21 | demand refusal shall be briefed and decided first, followed by the National General's motion to |
| 22 | dismiss on 12(b)(6) grounds (if necessary); and (b) the following briefing schedule for National |
| 23 | General's motion to dismiss on the issue of demand refusal shall be in effect: |
| 24 | • Filing deadline for National General's motion to dismiss: September 7, 2018. |
| 25 | • Filing deadline for Plaintiff's opposition to National General's motion to dismiss: |
| 26 | October 8, 2018. |
| 27 | • Filing deadline for National General's reply to Plaintiff's opposition: October 29, |
| 28 | 2018. |

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | Dated: August 20, 2018 | |
| 3 | | |
| 4 | */s/ Betsy Carol Manifold* | */s/ Robert P. Vance, Jr.* |
|   | Betsy Carol Manifold | Michael Carlinsky (*pro hac vice* forthcoming) |
| 5 | (manifold@whafh.com) | michaelcarlinsky@quinnemanuel.com |
|   | WOLF HALDENSTEIN ADLER | Jane M. Byrne (*pro hac vice* forthcoming) |
| 6 | FREEMAN & HERTZ LLP | janebyrne@quinnemanuel.com |
|   | Symphony Towers | Corey Worcester (*pro hac vice* forthcoming) |
| 7 | 750 B. Street, Suite 2770 | coreyworcester@quinnemanuel.com |
|   | San Diego, CA 92101 | QUINN EMANUEL URQUHART |
| 8 | Telephone: (619) 239-4599 | & SULLIVAN, LLP |
|   | Fax: (619) 234-4599 | 51 Madison Avenue, 22nd Floor |
| 9 | | New York, NY 10010 |
| 10 | Richard D. Greenfield | Telephone: (212) 849-7000 |
|   | Marguerite R. Goodman | Facsimile:  (212) 849-7100 |
| 11 | Ann M. Caldwell | |
|   | Ilene F. Brookler (SBN 269422) | Robert P. Vance, Jr. (Bar No. 310879) |
| 12 | (whitehatrdg@earthlink.net) | bobbyvance@quinnemanuel.com |
|   | GREENFIELD & GOODMAN, LLC | QUINN EMANUEL URQUHART |
| 13 | 250 Hudson Street, 8th Floor | & SULLIVAN, LLP |
|   | New York, NY 10013 | 865 South Figueroa Street, 10th Floor |
| 14 | Telephone: (917) 495-4446 | Los Angeles, California 90017-2543 |
|   | | Telephone: (213) 443-3000 |
| 15 | | Facsimile: (213) 443-3100 |
|   | *Attorneys for Plaintiff Feuer* | |
| 16 | | |
| 17 | | *Attorneys for Defendants National General* |
|   | | *Insurance Company and National General* |
| 18 | | *Holdings Corp.* |
| 19 | | |
| 20 | **<u>Local Rule 5-1(i)(3) Attestation</u>** | |

I, Robert P. Vance, Jr., attest that all signatories listed above concur in this filing's content and have authorized the filing.

| | | |
|---|---|---|
| | Dated: August 20, 2018 | */s/ Robert P. Vance, Jr.* |
| | | Robert P. Vance, Jr. |

- 2 -

**[PROPOSED] ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: __August 21, 2018__          _____
                                    THE HONORABLE JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I electronically filed the foregoing document entitled STIPULATION AND [PROPOSED] ORDER CONCERNING SCHEDULE FOR BRIEFING ISSUE OF DEMAND REFUSAL with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: August 20, 2018     By:    */s/ Robert P. Vance, Jr.*
                                                                Robert P. Vance, Jr.