QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael Carlinsky, *Pro Hac Vice*
michaelcarlinsky@quinnemanuel.com
Jane M. Byrne, *Pro Hac Vice*
janebyrne@quinnemanuel.com
Corey Worcester, *Pro Hac Vice*
coreyworcester@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

Robert P. Vance, Jr. (Bar No. 310879)
bobbyvance@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants National General Insurance Company and National General Holdings Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R. A. FEUER, derivatively on behalf of WELLS FARGO & COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN D. BAKER, II, *et al.*<br><br>Defendants,<br><br>- and –<br><br>WELLS FARGO & COMPANY,<br><br>Nominal Defendant. | Case No. 3:18-cv-02866-JST<br><br>**[PROPOSED] ORDER GRANTING NATIONAL GENERAL DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Jon S. Tigar<br><br>Hearing Date: December 20, 2018<br><br>Hearing Time: 2:00 p.m.<br><br>Location: Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA |

1  THIS MATTER having been brought before the Court upon the motion of Defendants National General Insurance Company and National General Holdings Corp. (together, "National General") pursuant to Rule 23.1 of the Federal Rules of Civil Procedure for the entry of an Order dismissing the claim against National General in the Amended Complaint in this action, and due notice having been given to Plaintiff, and the Court having read and considered the submissions of the parties, and for good cause shown,

IT IS on this _____ day of _____, 2018,

ORDERED that National General's Motion to Dismiss the claim against National General in Plaintiff's Amended Complaint with prejudice under Rule 23.1 is GRANTED;

AND IT IS FURTHER ORDERED that the claim against National General set forth in the Amended Complaint is dismissed with prejudice.

Dated: _____

_____
Hon. Jon S. Tigar
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I electronically filed the foregoing document entitled [PROPOSED] ORDER GRANTING NATIONAL GENERAL DEFENDANTS' MOTION TO DISMISS with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated: September 7, 2018           By:    */s/ Corey Worcester*
                                          Corey Worcester