1  GREENFIELD & GOODMAN, LLC
   Richard D. Greenfield *(Pro Hac Vice)*
2  Marguerite R. Goodman
   Ann M. Caldwell
3  Ilene F. Bookler (SBN 269422)
   250 Hudson Street, 8th Floor
4  New York, NY 10013
   Telephone: (917) 495-4446
5  whitehatrdg@earthlink.net

6  WOLF HALDENSTEIN ADLER
7  FREEMAN & HERZ LLP
   Betsy C. Manifold (SBN 182450)
8  Symphony Towers
   750 B Street, Suite 2770
9  San Diego, CA 92101
   Telephone: (619) 239-4599
10 Fax: (619) 234-4599
   manifold@whafh.com

11 *Attorneys for Plaintiff R.A. Feuer*

12                **UNITED STATES DISTRICT COURT**
13               **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
14

15 R.A. FEUER, derivatively on behalf of          Case No. 3:18-cv-02866-JST
16 WELLS FARGO & CO.,
                                                  **STIPULATION AND [~~PROPOSED~~] ORDER**
17                          Plaintiff,            **RE: PLAINTIFF'S RESPONSE TO**
                                                  **MOTIONS TO DISMISS OF WELLS**
18            v.                                  **FARGO & COMPANY (DOCKET NO. 54)**
                                                  **AND NATIONAL GENERAL INSURANCE**
19 JOHN D. BAKER, II, et al.,                     **COMPANY AND NATIONAL GENERAL**
                                                  **HOLDINGS CORP. (DOCKET NO. 55)**
20                          Defendants,
                                                  JUDGE: Hon. Jon S. Tigar
21            - and -                             CTRM:   9 – 19th Floor

22 WELLS FARGO & COMPANY,

23                          Nominal Defendant.

24

25

26

27

28

WHEREAS, on May 16, 2018, Plaintiff R.A. Feuer filed a Verified Derivative Complaint in *Feuer v. Wells Fargo & Co.*, No. 3:18-cv-02866-JST (the "*Feuer* Action") (*Feuer* Action, ECF No. 1);

WHEREAS, on June 20, 2018, Plaintiff Feuer filed an Amended Complaint (*Feuer* Action, ECF No. 19) (the "*Feuer* Complaint");

WHEREAS, on September 7, 2018, nominal defendant Wells Fargo & Co. ("Wells Fargo") and defendants National General Insurance Company and National General Holdings Corp. (the "Insurer Defendants") each filed separate motions to dismiss the *Feuer* Complaint and supporting memoranda of law (Docket No. 54, in the case of Wells Fargo, and Docket No. 55 in the case of the Insurer Defendants), on the issue of whether plaintiff has properly pleaded standing based on a wrongful refusal of his stockholder demand;

WHEREAS, pursuant to a Stipulation approved by the Court on July 26, 2018 (Docket No. 30), plaintiff's responses to defendants' motions to dismiss are due on October 8, 2018, and defendants' reply brief is due on October 29, 2018;

WHEREAS, rather than file two separate briefs in opposition to defendants' motions to dismiss, each consisting of up to 25 pages in accordance with Local Rule 7-4 of this Court, plaintiff proposes, subject to the Court's approval, that plaintiff be granted leave to file a single brief in opposition to both motions to dismiss not to exceed 35 pages in length.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties, by and through their counsel, that plaintiff may file a single brief in opposition to defendants' motions to dismiss not to exceed 35 pages in length.

**IT IS SO STIPULATED.**

Dated: September 27, 2018

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP


By: ___*/s/ Betsy C. Manifold*_____
      BETSY C. MANIFOLD

Betsy C. Manifold (SBN 182450)
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101

Telephone: (619) 239-4599
Fax: (619) 234-4599
manifold@whafh.com

Richard D. Greenfield
Marguerite R. Goodman
Ann M. Caldwell
Ilene F. Brookler (SBN 269422)
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (917) 495-4446
whitehatrdg@earthlink.net

*Attorneys for Plaintiff Feuer*

Dated: September 27, 2018       SULLIVAN & CROMWELL LLP

By:___*/s/ Brendan P. Cullen*_____
     BRENDAN P. CULLEN

Richard H. Klapper (*pro hac vice* forthcoming)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3555
Facsimile: (212) 291-9083

Brendan P. Cullen (SBN 194057)
cullenb@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Christopher M. Viapiano (*pro hac vice* forthcoming)
viapianoc@sullcrom.com
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-6985
Facsimile: (202) 956-7056

Gilbert R. Serota (SBN 75305)
gilbert.serota@apks.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, Suite 10
San Francisco, California 94111
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

*Counsel for Nominal Defendant Wells Fargo & Company*

Dated: September 27, 2018

QUINN EMANUEL URQUHART
& SULLIVAN LLP

By: _____/s/ Corey Worcester_____
COREY WORCESTER

Robert P. Vance, Jr. (Bar No. 310879)
bobbyvance@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Fax: (213) 443-3100

Michael Carlinsky (admitted *pro hac vice*)
michaelcarlinsky@quinnemanuel.com
Jane M. Byrne (admitted *pro hac vice*)
janebyrne@quinnemanuel.com
Corey Worcester (admitted *pro hac vice*)
coreyworcester@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendants National General*
*Insurance Company and National General Holdings*
*Corp.*

## DECLARATION REGARDING CONCURRENCE

I, Betsy C. Manifold, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S RESPONSE TO MOTIONS TO DISMISS OF WELLS FARGO & COMPANY (DOCKET NO. 54) AND DEFENDANTS NATIONAL GENERAL INSURANCE COMPANY AND NATIONAL GENERAL HOLDINGS CORP. (DOCKET NO. 55). In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Brendan P. Cullen and Corey Worcester have concurred in this filing.

DATED: September 27, 2018     _____/s/ Betsy C. Manifold_____
BETSY C. MANIFOLD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated:  October 1, 2018

_____

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

WELLSFARGO:25029