Richard H. Klapper (*pro hac vice* forthcoming)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:  (212) 558-3555
Facsimile:  (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Christopher M. Viapiano (*pro hac vice* forthcoming)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:  (202) 956-6985
Facsimile:  (202) 956-7056

Gilbert R. Serota (SBN 75305)
(gilbert.serota@apks.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone:  (415) 471-3170
Facsimile:  (415) 471-3400

*Counsel for Nominal Defendant*
*Wells Fargo & Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. A. FEUER, derivatively on behalf of WELLS FARGO & COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN D. BAKER, II, et al.<br>  Defendants,<br><br>- and -<br><br>WELLS FARGO & COMPANY,<br><br>  Nominal Defendant. | Case No. 3:18-cv-02866-JST<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE** |

Wells Fargo & Company previously advised the Court on January 25, 2019 that the parties to *In re Wells Fargo & Company Auto Insurance Derivative Litigation*, Case No. CGC-17-561118 (S.F. Super. Ct.), had reached a settlement in principle of that case. (ECF No. 73.) That settlement (the "State Court Settlement") has been reduced to writing and, earlier today, was executed by all parties. Subject to approval by the Superior Court of California, County of San Francisco, the State Court Settlement will resolve and release derivative claims brought nominally on behalf of Wells Fargo concerning the same circumstances, facts, and parties as this action. A true and correct copy of the State Court Settlement (not including accompanying exhibits) is attached hereto as Exhibit A. Pursuant to the State Court Settlement, a motion for preliminary approval will be filed in the San Francisco Superior Court within ten calendar days of March 4, 2019. By its terms, the State Court Settlement releases all of the claims asserted by Plaintiff Feuer on behalf of Wells Fargo in this action before this Court. (*See* Exhibit A at §§ 23, 33.) Wells Fargo expects to seek dismissal of this action on *res judicata* grounds upon final approval of the settlement by the San Francisco Superior Court.

In order to conserve both this Court's and the parties' time and resources, Wells Fargo respectfully requests that the Court continue the hearing on Wells Fargo's pending motion to dismiss the Amended Complaint in this action, currently scheduled for this Thursday, March 7, 2019, at 2:00 p.m. Wells Fargo will seek to stipulate with Plaintiff to stay this proceeding pending final approval of the State Court Settlement. If the parties are unable to agree to such a stipulation, Wells Fargo will move this Court for a stay as soon as practicable.

DATED: March 5, 2019

Respectfully submitted,



/s/ Brendan P. Cullen

Richard H. Klapper (*pro hac vice* forthcoming)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-3555
Facsimile:    (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308

| | |
|---|---|
| 1 | Telephone:  (650) 461-5600 |
| | Facsimile:  (650) 461-5700 |
| 2 | |
| 3 | Christopher M. Viapiano (*pro hac vice* forthcoming) |
| | (viapianoc@sullcrom.com) |
| | SULLIVAN & CROMWELL LLP |
| 4 | 1700 New York Avenue, N.W., Suite 700 |
| | Washington, D.C. 20006 |
| 5 | Telephone:  (202) 956-6985 |
| | Facsimile:  (202) 956-7056 |
| 6 | |
| 7 | Gilbert R. Serota (SBN 75305) |
| | (gilbert.serota@apks.com) |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| 8 | Three Embarcadero Center |
| | San Francisco, California 94111 |
| 9 | Telephone:  (415) 471-3170 |
| | Facsimile:  (415) 471-3400 |
| 10 | |
| 11 | *Counsel for Nominal Defendant* |
| | *Wells Fargo & Company* |