Richard H. Klapper (*pro hac vice* forthcoming)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:  (212) 558-3555
Facsimile:  (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Christopher M. Viapiano (*pro hac vice* forthcoming)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:  (202) 956-6985
Facsimile:  (202) 956-7056

*Counsel for Nominal Defendant*
*Wells Fargo & Company*

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. A. FEUER, derivatively on behalf of WELLS FARGO & COMPANY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN D. BAKER, II, et al.,<br><br>　　　　　　　　　　　　Defendants,<br><br>　　- and -<br><br>WELLS FARGO & COMPANY,<br><br>　　　　　　　　　　　Nominal Defendant. | Case No. 4:18-cv-02866-JST<br><br>**NOTICE OF INTENT TO FILE JOINT MOTION TO DISMISS BY FEBRUARY 22, 2021** |

On January 19, 2021, the parties in the above-captioned action filed a Stipulation and Proposed Order to Continue Case Management Conference (ECF No. 134) (the "Stipulation"), which requested a continuance of the case management conference previously set by the Court for January 26, 2021. The request for a continuance was based on Wells Fargo & Company ("Wells Fargo") and Plaintiff's intention to jointly move to dismiss this action by no later than February 15, 2021 on the grounds of *res judicata* based on the Order Granting Final Approval of Settlement and the final Judgment in the State Court CPI Action. The Court granted the Stipulation on January 21, 2021 and continued the case management conference to March 3, 2021. (ECF No. 135.)

Wells Fargo and Plaintiff have now mutually agreed to extend the date on which they will jointly move to dismiss this action by seven days, to February 22, 2021. This extension will not affect any deadlines previously set by the Court.

DATED:  February 12, 2021

/s/ Brendan P. Cullen

Richard H. Klapper (*pro hac vice* forthcoming)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:    (212) 558-3555
Facsimile:    (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Christopher M. Viapiano (*pro hac vice* forthcoming)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:    (202) 956-6985
Facsimile:    (202) 956-7056

Gilbert R. Serota (SBN 75305)
(gilbert.serota@apks.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone:    (415) 471-3170

Facsimile:   (415) 471-3400

*Counsel for Nominal Defendant*
*Wells Fargo & Company*

DATED: February 12, 2021    /s/ Grant P. Fondo
Richard M. Strassberg (*Pro hac vice*)
rstrassberg@goodwinlaw.com
Daniel P. Roeser (*Pro hac vice*)
droeser@goodwinlaw.com
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Grant P. Fondo
gfondo@goodwinlaw.com
Lloyd Winawer
lwinawer@goodwinlaw.com
Nicholas A. Reider
nreider@goodwinlaw.com
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Counsel for Defendant John G. Stumpf*

DATED: February 12, 2021    /s/ Josh A. Cohen
Nanci L. Clarence
nclarence@clarencedyer.com
Josh A. Cohen
jcohen@clarencedyer.com
Adam F. Shearer
ashearer@clarencedyer.com
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Counsel for Defendant Timothy J. Sloan*

DATED: February 12, 2021    /s/ Jeffrey E. Faucette
Jeffrey E. Faucette
jeff@skaggsfaucette.com
SKAGGS FAUCETTE LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111
Telephone: (415) 295-1197

-2-

| | |
|---|---|
| 1 | Facsimile: (888) 980-6547 |
| 2 | Enu A. Mainigi (*Pro hac vice*) |
| | emainigi@wc.com |
| 3 | Jennifer G. Wicht (*Pro hac vice*) |
| | jwicht@wc.com |
| 4 | Brian Patrick Hagerty (*Pro hac vice*) |
| | bhagerty@wc.com |
| 5 | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| 6 | Washington D.C. 20005 |
| | Telephone: (202) 434-5000 |
| 7 | Facsimile: (202) 434-5029 |
| 8 | *Counsel for Defendant Carrie Tolstedt* |
| 9 | |
| 10 | DATED: February 12, 2021    /s/ John F. Cove, Jr. |
| | John F. Cove, Jr. |
| 11 | john.cove@shearman.com |
| | Emily V. Griffen |
| 12 | egriffen@shearman.com |
| | SHEARMAN & STERLING LLP |
| 13 | 535 Mission Street, 25th Floor |
| | San Francisco, CA 94105 |
| 14 | Telephone: (415) 616-1100 |
| | Facsimile: (415) 616-1199 |
| 15 | |
| | Stuart Baskin |
| 16 | sbaskin@shearman.com |
| | John Gueli |
| 17 | jgueli@shearman.com |
| | SHEARMAN & STERLING LLP |
| 18 | 599 Lexington Avenue |
| | New York, NY 10022 |
| 19 | Telephone: (212) 848-4000 |
| | Facsimile: (212) 848-7179 |
| 20 | |
| | *Counsel for Defendants John D. Baker II, Elaine L.* |
| 21 | *Chao, John S. Chen, Celeste A. Clark, Theodore F.* |
| | *Craver, Lloyd H. Dean, Elizabeth A. Duke, Susan E.* |
| 22 | *Engel, Enrique Hernandez, Jr., Donald M. James,* |
| | *Cynthia H. Milligan, Maria R. Morris, Karen B.* |
| 23 | *Peetz, Federico F. Peña, Juan A. Pujadas, James H.* |
| | *Quigley, Judith M. Runstad, Stephen W. Sanger,* |
| 24 | *Ronald L. Sargent, Susan G. Swenson, and Suzanne* |
| | *M. Vautrinot* |
| 25 | |
| 26 | DATED: February 12, 2021    /s/ Ismail Ramsey |
| | Miles Ehrlich |
| 27 | miles@ramsey-ehrlich.com |
| | Ismail Ramsey |
| 28 | izzy@ramsey-ehrlich.com |
| | RAMSEY & EHRLICH LLP |
| | 803 Hearst Avenue |

|   |   |   |
|---|---|---|
| 1 | | Berkeley, CA 94710<br>Telephone: (510) 548-3600 |
| 2 | | Facsimile: (510) 291-3060 |
| 3 | | *Counsel for Defendants Franklin Codel and John R. Shrewsberry* |
| 4 | | |
| 5 | DATED:  February 12, 2021 | /s/ C. Brandon Wisoff |
| 6 | | Douglas R. Young<br>dyoung@fbm.com |
| 7 | | C. Brandon Wisoff<br>bwisoff@fbm.com |
| 8 | | FARELLA BRAUN + MARTEL LLP<br>Russ Building |
| 9 | | 235 Montgomery Street<br>17th Floor |
| 10 | | San Francisco, CA 94104<br>Telephone: (415) 954-4400 |
| 11 | | *Counsel for Defendant Avid Modjtabai* |
| 12 | | |
| 13 | DATED:  February 12, 2021 | /s/ Daniel Shallman<br>Daniel Shallman |
| 14 | | dshallman@cov.com<br>COVINGTON & BURLING LLP |
| 15 | | 1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643 |
| 16 | | Telephone: (424) 332-4800 |
| 17 | | *Counsel for Defendant Dawn Martin Harp* |
| 18 | DATED:  February 12, 2021 | /s/ Ted W. Cassman |
| 19 | | Cristina C. Arguedas<br>arguedas@achlaw.com |
| 20 | | Ted W. Cassman<br>cassman@achlaw.com |
| 21 | | Laurel L. Headley<br>headley@achlaw.com |
| 22 | | ARGUEDAS CASSMAN & HEADLEY LLP |
| 23 | | 803 Hearst Avenue<br>Berkeley, CA 94710 |
| 24 | | (510) 845-3000 (Tel)<br>(510) 845-3003 (Fax) |
| 25 | | *Counsel for Defendant Michael J. Loughlin* |
| 26 | DATED:  February 12, 2021 | /s/ Corey Worcester |
| 27 | | Michael Carlinsky (admitted *pro hac vice*)<br>michaelcarlinsky@quinnemanuel.com |
| 28 | | Corey Worcester (admitted *pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>Renita Sharma (admitted *pro hac vice*) |

```
renitasharma@quinnemanuel.com
Leigha Empson (admitted pro hac vice)
leighaempson@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Robert P. Vance, Jr. (Bar No. 310879)
bobbyvance@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
```

*Attorneys for Defendants National General Holdings Corp. and National General Insurance Company*

DATED: February 12, 2021

/s/ Walter W. Gouldsbury III
Walter W. Gouldsbury III
wgouldsbury@ciardilaw.com
Gary B. Elmer
gelmer@ciardilaw.com
CIARDI CIARDI & ASTIN
600 B Street, Suite 300
San Diego, CA 92101
(619) 270-8811

*Counsel for Plaintiff R.A. Feuer*

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 12, 2021        /s/ Brendan P. Cullen
                                Brendan P. Cullen