UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A. FEUER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN D. BAKER, et al.,<br><br>    Defendants. | Case No. 18-cv-02866-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 163 |

Pursuant to the Order Granting Joint Motion to Dismiss with Prejudice signed April 22, 2021, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Thursday, April 22, 2021

                                        Susan Y. Soong
                                      Clerk, United States District Court

                                      Susan Y. Soong
                                      By: _____
                                      Mauriona Lee, Deputy Clerk to the
                                      Honorable JON S. TIGAR